
FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 4:32 pm, Jun 26, 2020

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| DANA H. ATKINS,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA HOUSING AND FINANCE AUTHORITY d/b/a STATE HOME MORTGAGE,<br><br>    Defendants. | No. 2:20-CV-16 |

### ORDER

On April 30, 2020, Plaintiff Dana Atkins was Ordered to file a response to Defendant GHFA's Motion to Dismiss or otherwise inform the Court of his decision not to object to GHFA's motion within fourteen (14) days of the date of that Order.  Dkt. No. 10.  Plaintiff was warned that "[f]ailure to respond adequately in accordance with this Order may result in dismissal of his action, with or without prejudice."  Id. at 2.  Not only has Plaintiff failed to respond, but mail sent to Plaintiff at the address on file with the Court was returned as undeliverable.  The Court, therefore, has no means by which to communicate with Plaintiff and is entitled to dismiss this case for failure to prosecute.  Brown v. Tallahassee Police Dep't, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for

failure to prosecute or failure to obey a court order." (citing Fed. R. Civ. P. 41(b))); see also id. (stating that the district court's "power to dismiss is an inherent aspect of its authority to enforce its orders and ensure prompt disposition of lawsuits" (quoting Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983))).

Accordingly, this action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 26 day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2